UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

VIRGIN RECORDS AMERICA, INC., a California corporation; BMG MUSIC, a New York general partnership; WARNER BROS. RECORDS, INC., a Delaware corporation; SONY MUSIC ENTERTAINMENT, INC., a Delaware general partnership; and UMG RECORDINGS, INC., a Delaware corporation,

        Plaintiffs,

v.

JOHN DOE,

        Defendant.

CIVIL ACTION No. 04-CV-30223-KPN

**NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, plaintiffs hereby give notice of the dismissal with prejudice of the above-captioned matter.

VIRGIN RECORDS AMERICA, INC., BMG MUSIC, WARNER BROS. RECORDS, INC., SONY BMG MUSIC ENTERTAINMENT, and UMG RECORDINGS, INC.,

By their attorneys,

 /s/ Gabriel M. Helmer
Colin J. Zick (BBO No. 556538)
Gabriel M. Helmer (BBO No. 652640)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
Phone: (617) 832-1000
Fax:    (617) 832-7000

Dated: January 26, 2005